IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:07MJ165-1 |
| | : | |
| JEANNETTE TYE RUNYON | : | |

MOTION FOR DISMISSAL

NOW COMES the United States of America and moves, pursuant to Rule 48(a), Fed. R. Crim. P., for leave of court to dismiss the complaint against the defendant, Jeannette Tye Runyon, in case number 1:07MJ165-1 filed on November 15, 2007.

Accordingly, the government requests leave of court to dismiss the complaint against the defendant in the Middle District of North Carolina in case number 1:07MJ165-1 due to the fact that the defendant has been indicted in the Western District of North Carolina regarding the same charge.

This the 14th day of May, 2008.

Respectfully submitted,

ANNA MILLS WAGONER
UNITED STATES ATTORNEY

/S/ L. PATRICK AULD
Assistant United States Attorney
Deputy Chief, Criminal Division
GASB #028110
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351
E-mail: patrick.auld@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:07MJ165-1 |
| JEANNETTE TYE RUNYON | : | |

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert L. McClellan, Attorney at Law.

                                      Respectfully submitted,

                                      ANNA MILLS WAGONER
                                      UNITED STATES ATTORNEY


                                      /S/ L. PATRICK AULD
                                      Assistant United States Attorney
                                      Deputy Chief, Criminal Division
                                      GASB #028110
                                      United States Attorney's Office
                                      Middle District of North Carolina
                                      P.O. Box 1858
                                      Greensboro, NC  27402
                                      Phone:  336/333-5351
                                      E-mail: patrick.auld@usdoj.gov