IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:07MJ165-1 |
| v. | : | |
| JEANNETTE TYE RUNYON | : | ORDER FOR DISMISSAL |

Upon motion of the United States (Docket No. 9) and for good cause shown,

**IT IS HEREBY ORDERED** that the Complaint against the above-named defendant be and is hereby dismissed.

                                                 /s/ P. Trevor Sharp
                                         United States Magistrate Judge

Date: May 19, 2008