IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) 1:07-MJ-165-1
)
JEANETTE TYE RUNYON )

ORDER

**IT APPEARING** from the records of this court that Lawrence Michael Woolslayer has heretofore deposited in the Registry Fund of this Court the sum of $1,000.00 to secure the appearance of Jeanette Tye Runyon.

**IT FURTHER APPEARING** that Jeanette Tye Runyon made her appearance in Court as she was bound to do, and that there is no further liability on this bond.

**NOW THEREFORE, IT IS ORDERED** that the said sum of $1,000.00 be returned to Lawrence Michael Woolslayer, 686 South Happy Hill Road, Lexington, NC 27295.

This the 10th day of July, 2008.

_____
United States Magistrate Judge

Consented to By:
_____
United States Attorney

Date: 07/03/08

On Deposit:        March 19, 2008
$1,000.00          L.P. 1062

_____
Financial Administrator